UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SCOTT WEITZEL,

                Plaintiff-Appellant,

                                                                       ORDER

                                                                        10-CV-6330L

              v.

ROBERT C. SINCLAIR, JR. AND
ANNA B. SINCLAIR,

                Defendants-Appellees.
_____

       The order of United States Bankruptcy Judge John C. Ninfo, II, entered May 12, 2010 (Dkt.# 1-2), granting summary judgment in favor of the defendants and dismissing the adversary proceeding, is affirmed in all respects.

       IT IS SO ORDERED.

                                                   _____
                                                      DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       August 16, 2012