UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SCOTT WEITZEL,

                    Plaintiff-Appellant,

                                                                <u>ORDER</u>

                                                                10-CV-6330L

          v.

ROBERT C. SINCLAIR, JR. AND
ANNA B. SINCLAIR,

                    Defendants-Appellees.
_____

       The order of United States Bankruptcy Judge John C. Ninfo, II, entered May 12, 2010 (Dkt.# 1-2), granting summary judgment in favor of the defendants and dismissing the adversary proceeding, is affirmed in all respects.

       IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
        August 16, 2012